## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JASON KNOX, | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 4:14CV1101 AGF |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent, | ) ) | |

### MEMORANDUM AND ORDER

Before the Court is movant's motion for reconsideration of the Court's June 20, 2014 Order denying movant's motion to proceed in forma pauperis. Because movant states in his motion for reconsideration that he seeks in forma pauperis status for the sole purpose of seeking appointment of counsel in this matter, the Court will grant movant's request for reconsideration and vacate its prior Order. Furthermore, after reviewing movant's financial affidavit, the Court will grant movant's motion to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration of the Court's June 20, 2014 Order denying movant's motion to proceed in forma pauperis [Doc. #7] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's June 20, 2014 Order denying movant leave to proceed in forma pauperis [Doc. #5] is **VACATED**.

**IT IS FURTHER ORDERED** that movant's request to proceed in forma pauperis [Doc. #2] is **GRANTED**, insofar as such status may be used, at a later date, to support movant's request for appointment of counsel.

Dated this 5th day of August, 2014.

                                                AUDREY G. FLEISSIG
                                                UNITED STATES DISTRICT JUDGE